# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2988

_____

Brad S. Francis; Christine C. Francis

*Plaintiffs - Appellants*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 9, 2019
Filed: May 14, 2019
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Brad and Christine Francis appeal the district court's[1] dismissal, for lack of subject matter jurisdiction, of their civil suit challenging their liability for federal

---

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

taxes and penalties. Having carefully reviewed the record and the Francises' arguments on appeal, we conclude the court did not err in dismissing the complaint, see Laclede Gas Co. v. St. Charles Cnty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction); and that the district court judge did not err by failing to sua sponte recuse himself, see United States v. Melton, 738 F.3d 903, 905 (8th Cir. 2013) (when raised for the first time on appeal, decision not to recuse is reviewed for plain error). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny the pending appellate motion.

_____